Appeal No. 12-14-00040-CR
IN THE
Twelfth Court Of Appeals
Tyler, Texas

Lawrence K. Walker Jr.,
Pro Se Defendant

vs.

State Of Texas,
Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 12 2015

TYLER, TEXAS
PAM ESTES, CLERK

Motion For Extension Of Time Rule 26.3 complying
with Rule 10.5 (b) & Motion to allow brief record to be filed
Rule 35.3. (c). Motion to suspend the rules governing the
number of copies to be filed due to the pro se inability to
make copies Rule 2.

Comes now, Lawrence K Walker Jr., Pro Se Defendant Appellant,
and respectfully moves the court to extend the deadline for
filing his brief by (Thirty) 30 days or at least until you
receive this motion with the Pro Se Brief at the same
time, before the 30 days requested, ~~& isset and oath disserting~~

## I.

The Appellant was convicted by a jury on Jan 31, 2014 for the
offense of Indecency with a child in the 114th District Court
in trial cause no. 114-1268-13. A sentence was assessed by the
jury at 20 years in TDCJ.

## II.

On around October 20, 2015 Pro Se Appellant received Notice from Twelfth Court of Appeals to forward a "proper" motion on or before Monday, October 26, 2015 or the brief will be returned to pro se appellant & it will be deemed past due.

## III.

The appellant wrote Attorney James Huggler that same day & sent it off on the next day (21, Oct, 2015); requesting that James Huggler file motions & grounds before Oct 26, 2015. Twelfth court of appeals sent another notice stating no motion was filed & returned brief.

## IIII.

Appellant depended on counsel to meet the deadline & file the motions filed herein & others and counsel obviously did not. Appellant was unable to meet the deadline for the following reasons: Ineffective assistance of counsel; limited access to unit law library (lockdowns, short staff, work, guards not opening cell door etc...) ; no formal legal education; no access to current legal research material ; & Appellant needs help from law library workers to file brief & motions (inmates).

## V.

Appellant for the reasons above respectfully request an additional (30) thirty days to file brief or at least until you receive this motion with the brief in contact in support of Appellant's appeal.

## PRAYER

Appellant prays that the court grants this motion, extends time to file Appellant's Pro Se brief by the day requested above

in the interest of justice.

Dated Nov 10, 2015                    Respectfully Submitted,


                                       Lawrence K. Walker Jr.
                                       Appellant Pro Se
                                       TDCJ-10 # 01913570
                                       Smith Unit
                                       1313 CR 19
                                       Lamesa, Tx 79331

I, Lawrence Walker Jr., declare under penalty of
perjury, that the foregoing is true & correct, & certify
that a true & correct copy has been served upon Michael
West, Asst. District Attorney, 100 N. Broadway Ave, 4th Fl,
Tyler, Tx 75702 on Nov 10, 2015